UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter Of:

LIFESTYLE LIFT HOLDING, INC., et al.,[1]

    Debtors.
_____/

Basil T. Simon, Trustee,

    Plaintiff,

Vs.

InfoCision, Inc. d/b/a InfoCision Management Corporation, a Delaware Corporation,

    Defendant.
_____/

Chapter 7

Case No. 15-44839-mlo

Hon. Maria L. Oxholm

Adv. Proc. No. 17-04235

## STATEMENT OF CONSENT TO ENTRY OF ORDER FOR DISMISSAL

The parties, by their signatures below, consent to the entry of the attached Order For Dismissal.

Dated: March 13, 2018

    /S/ Stephen P. Stella_____
Stephen P. Stella (P33351)
Attorney for Plaintiff
645 Griswold, Ste. 3466
Detroit, MI 48226
(313) 962-6400
attorneystella@sszpc.com

---

[1] The Debtors in these jointly administered cases include Lifestyle Lift Holding, Inc., Scientific Image Center Management, Inc., Scientific Image Center Properties, Inc., Pacific Seaboard Management, Inc. and Scientific Image Center Staffing, Inc.

Dated: March 13, 2018

/s/ Craig M. Eoff_____
Craig M. Eoff (OH #0071002)
Pelini, Campbell & Williams LLC
8040 Cleveland Avenue NW
Suite 400
North Canton, OH 44720
Telephone: 330-305-6400
Facsimile: 330-305-0042
ceoff@pelini-law.com
Attorney for Defendant

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter Of:

LIFESTYLE LIFT HOLDING, INC., et al.,[1]

    Debtors.
_____/

Basil T. Simon, Trustee,

    Plaintiff,
Vs.

InfoCision, Inc. d/b/a InfoCision Management Corporation, a Delaware Corporation,

    Defendant.
_____/

Chapter 7

Case No. 15-44839-mlo

Hon. Maria L. Oxholm

Adv. Proc. No. 17-04235

## ORDER FOR DISMISSAL

This matter having come before the Court upon the stipulation of the parties hereto; and the Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this adversary proceeding be and hereby is dismissed with prejudice.

**SO ORDERED.**

---

[1] The Debtors in these jointly administered cases include Lifestyle Lift Holding, Inc., Scientific Image Center Management, Inc., Scientific Image Center Properties, Inc., Pacific Seaboard Management, Inc. and Scientific Image Center Staffing, Inc.